UNITED STATES DISTRJCT COURT SOUTHERN DISTRJCT OF NEW YORK

BEVERLY J. EZRA, an individual,

  Plaintiff,

vs.

Case No.: 1:18-cv-06802-AKH

NOTICE OF APPEAL

WEITZ & LUXENBERG, P.C., a New York

Professional Corporation, and DOES and ROES I through XX, inclusive

Defendants,

Notice is hereby given that Beverly J. Ezra in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the order entered on 11/28/2018 that granted defendant's motion for judgment on the pleadings

Executed this _16_ day of _December_ 2018, in Incline Village, Nevada.

*[signature]*

ALAN S. LEVIN, MD, JD
Nevada Bar No.: 7062
P.O. BOX 4703
INCLINE VILLAGE, NV 89450
P. 775 831 5603 F. 775 831 9478
flitequack@aol.com